UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN WOODRUFF,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 16-mc-80067-DMR

**ORDER RE: FILINGS**

Re: Dkt. Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26

Kevin Woodruff has filed a series of documents with the court under this miscellaneous matter number. In general, a miscellaneous number is assigned to administrative matters that require resolution through the judicial system. Examples of miscellaneous matters include foreign subpoenas, registration of a judgment from another district, or motions to quash a deposition subpoena related to a case pending in another district. District Clerks' Manual, § 4.03(a)(1).

The court has reviewed Woodruff's filings. They are largely incomprehensible, and do not clearly state the relief that Woodruff seeks. A review of the court docket reveals that Woodruff has filed many cases over the years, including some that relate to a long-resolved criminal matter. If Woodruff is seeking relief in a prior case, he should file his request for relief in that case. If Woodruff seeks to file a new lawsuit, he must file a complaint with "a short and plain statement" of his claim and pay the filing fee or file an *in forma pauperis* application. Fed. R. Civ. P. 8. He may not proceed by filing a miscellaneous matter. For this reason, the Clerk is instructed to close the file. The court will not accept further filings under this matter number.

**IT IS SO ORDERED.**

Dated: August 29, 2016

_____
Donna M. Ryu
United States Magistrate Judge